United States District Court
Southern District of Texas
**ENTERED**
May 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BELICA MARISOL GARCIA DE LEON, | § | |
| | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-1047 |
| | § | |
| WARDEN, HOUSTON CONTRACT | § | |
| DETENTION FACILITY *et al.* | § | |
| | § | |
| Respondents. | § | |

### ORDER OF DISMISSAL

The petitioner's *pro se* motion to voluntarily dismiss her petition (Dkt. 18) is **GRANTED**. Her counsel's motion to withdraw (Dkt. 12) is **GRANTED**.

This habeas action is **DISMISSED** without prejudice on the petitioner's motion.

All other pending motions are **DENIED as moot**.

The Clerk will provide a copy of this order to the parties.

 SIGNED at Houston, Texas on May 21, 2026.

_____
 GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1