United States District Court
Southern District of Texas
**ENTERED**
July 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BELICA MARISOL GARCIA DE LEON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-1047 |
| | § | |
| WARDEN, HOUSTON CONTRACT DETENTION FACILITY *et al.* | § | |
| | § | |
| Respondents. | § | |

**ORDER**

On May 21, 2026, the Court entered an order (Dkt. 19) dismissing this action based on the petitioner's motion for voluntary dismissal. On June 25, 2026, the petitioner filed a motion for immediate release (Dkt. 21) and a response to the respondents' summary judgment motion (Dkt. 22).

This case is currently closed and the petitioner has not filed a motion for reinstatement and does not refer to her prior request to voluntarily dismiss the case.

If the petitioner seeks to proceed with this habeas action, she must file a motion to reinstate the case within 30 days of this order. The motion, and all future filings by the petitioner, must be signed by the petitioner personally or by a licensed attorney who represents her, as required by Federal Rule of Civil Procedure 11(a). If the petitioner seeks to proceed through a next friend, the next friend must be identified and the petitioner's

relationship to the next friend must be explained.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on July 6, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE